# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONSTANCE MILLARD and GERALD KRELL, Individually and as Representatives of the Estate of Jason Krell, Deceased; MICHELLE MARTIN, as tutrix and next friend of A.P., E.P., and M.S., minors, and as Representative of the Estate of Quinon Pitre, et al. <br><br>Plaintiffs,<br><br>- against -.<br><br>AMERICAN BUREAU OF SHIPPING, ABS GROUP OF COMPANIES, INC., ABSG CONSULTING INC., ABS QUALITY EVALUATIONS, INC., and ABS GROUP<br><br>Defendants. | CIVIL ACTION NO.<br>4:24-cv-1694<br><br>ADMIRALTY CASE |

## NOTICE OF APPEAL

Defendants, American Bureau of Shipping, ABS Group of Companies, Inc., ABSG Consulting Inc., ABS Quality Evaluations, Inc., and ABS Group LLC (s/h/a "ABS Group"), appeal to the United States Court of Appeals for the Fifth Circuit from the order granting the Plaintiffs' motion to remand entered on July 18, 2024 ("Remand Order," Document No. 18), which is reviewable under 28 U.S.C. § 1447(d) as the case was removed pursuant to 28 U.S.C. § 1442 (*see* Document No. 1, Notice of Removal at 1, 3, 4-5), and from the order denying Defendants' motion

for reconsideration of the Remand Order pursuant to Federal Rule of Civil Procedure 59(e) entered on September 5, 2024 (Document No. 22).

        HILL RIVKINS LLP
        Attorneys for Defendants
        *American Bureau of Shipping; ABS Group of Companies, Inc.; ABSG Consulting, Inc.; ABS Quality Evaluations, Inc.; and ABS Group*

        /s/ *John J. Sullivan*
        John J. Sullivan
        SDTX I.D. No.: 1531846
        Brian P. R. Eisenhower
        SDTX I.D. No.: 3888867
        Hannah E. Taylor
        SDTX I.D. No. 3805262

        HILL RIVKINS LLP
        1000 N. Post Oak Rd., Suite 220
        Houston, Texas 77055
        Tel.:   713-222-1515
        Fax:   713-222-1359
        Email: jsullivan@hillrivkins.com
                 beisenhower@hillrivkins.com
                 htaylor@hillrivkins.com

        James M. Kimbell
        SDTX ID No.: 1627

        CLARK HILL PLC
        1000 Louisiana Street, Suite 2800,
        Houston, Texas 77002
        Tel.:  713-951-5665
        Fax:   832-397-3544
        Email: jkimbell@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Southern District of Texas, using the CM/ECF system of the Court, which will cause the electronic case filing system to send a "Notice of Electronic Filing" to all attorneys of record.

/s/ *John J. Sullivan*
John J. Sullivan