# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 18, 2024

MEMORANDUM TO ALL COUNSEL OR PARTIES BELOW:

   No. 24-20438    Krell v. Am Bur Shp
                   USDC No. 4:24-CV-1694

It has come to the court's attention that Appellee "ABSG Consulting, Incorporated" was incorrectly entered as "ABS Consulting, Incorporated". The party has been corrected and attached is a revised case caption, which should be used on all future filings in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

cc:  Mr. Brian P. R. Eisenhower
     Mr. Chad Flores
     Mr. Eric Jonathan Rhine
     Mr. Bryon A. Rice
     Mr. John James Sullivan

Case No. 24-20438

Gerald Krell, Representative of the Estate of Jason Krell, deceased; Michelle Martin, Representative of the Estate of Quinon Pitre; Constance Millard, Representative of the Estate of Jason Krell, deceased; Darren Anthony Encalade, Sr.; Cameron Encalade; Jane Hartford, Administratrix of the Estate of Anthony Hartford; Antranae Hartford; Amanda Walcott-Harris, Co-Administratrix of the Succession of Gregory Walcott; Russell Wayne Saddler, Co-Administrator of the Succession of Gregory Walcott; Brandy Williams Norris, Administrator of the Succession of Ernest J. Williams, Jr.; Bryson Williams; Zachary Louviere; Charles Scallan; Brandon Aucoin,

        Plaintiffs - Appellees

v.

American Bureau of Shipping; ABS Group of Companies, Incorporated; ABSG Consulting, Incorporated; ABS Quality Evaluations, Incorporated; ABS Group, L.L.C.,

        Defendants - Appellants