# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 22, 2025

Mr. Chad Flores
Flores Law, P.L.L.C.
917 Franklin Street
Suite 600
Houston, TX 77002

Mr. John James Sullivan
Hill Rivkins, L.L.P.
45 Broadway
New York, NY 10006

        No. 24-20438   Krell v. Am Bur Shp
                       USDC No. 4:24-CV-1694

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required
by 5th Cir. R. 30.1.2 within 5 days of the date of this notice
pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of
July 2, 2018, record excerpts filed in relation to Anders briefs
only require 2 paper copies. **We remind attorneys that the paper
copies of record excerpts filed with the court must contain
physical tabs that extend beyond the edge of the document to
facilitate easy identification and review of tabbed documents.** See
5th Cir. R. 30.1.7(c).

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Charles B. Whitney, Deputy Clerk
                              504-310-7679

cc:
        Mr. Brian P. R. Eisenhower
        Mr. Eric Jonathan Rhine
        Mr. Bryon A. Rice